**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

JAMIEN PALMER,                    *

        Plaintiff,          *

v.                                *          Civil Action No. 1:22-cv-00899-BAH

STATE OF MARYLAND, et al.,         *

        Defendants.          *

    *    *    *    *    *    *    *

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to File Amended Complaint, ECF 40, Defendants' response noting consent to Plaintiff's motion, ECF 43, and Defendants' Consent Motion for Extension of Time to File a Response to the First Amended Complaint, ECF 41, it is, this 22nd day of August, 2023, hereby:

ORDERED that Plaintiff's Motion for Leave to File Amended Complaint, ECF 40, is GRANTED;

ORDERED that Defendants' Consent Motion for Extension of Time to File a Response to the First Amended Complaint, ECF 41, is GRANTED; and further

ORDERED that the time for the Defendants to file any response to the Amended Complaint be extended to on or before October 27, 2023.

                                                /s/
                                   Hon. Brendan A. Hurson
                                   United States Magistrate Judge