IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMIEN PALMER, *et al.* | * | |
| *Plaintiffs*, | * | |
| v. | * | Civil Action No. 1:22-cv-00899-LKG |
| STATE OF MARYLAND, *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' MOTION TO DISMISS

Defendants, the State of Maryland (the "State"), the Maryland Department of Public Safety and Correctional Services ("DPSCS"), the Maryland Division of Pretrial Detention and Services ("DPDS"), and Frederick T. Abello, former Warden of the Baltimore City Booking and Intake Center ("Warden Abello") (collectively "Defendants"), by and through their attorneys, Anthony G. Brown, Attorney General of Maryland, and Michael O. Doyle, Merrilyn E. Ratliff and Veronica N. Love, Assistant Attorneys General, hereby move under Fed. R. Civ. P. 12(b)(6) for dismissal of Counts III and IV of the First Amended Complaint in their favor, as set forth more fully in the attached memorandum of law, which is incorporated herein by reference.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/
_____
MICHAEL O. DOYLE
Assistant Attorney General
Federal Bar No. 11291

6776 Reisterstown Road, Suite 313
Baltimore, Maryland 21215
(410) 585-3947 (Telephone)
(410) 484-5939 (Telefax)
E-mail: michaelo.doyle@maryland.gov

/s/
MERRILYN E. RATLIFF
Assistant Attorney General
Federal Bar No. 30034
6776 Reisterstown Road, Suite 313
Baltimore, Maryland 21215
(410) 585-3947 (Telephone)
(410) 484-5939 (Telefax)
E-mail: merrilyn.ratliff@maryland.gov

/s/
VERONICA N. LOVE
Assistant Attorney General
Federal Bar No. 21531
6776 Reisterstown Road, Suite 313
Baltimore, Maryland 21215
(410) 585-3947 (Telephone)
(410) 484-5939 (Telefax)
E-mail: veronica.love@maryland.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2023, the foregoing Motion to Dismiss was served on counsel of record by electronic means.

/s/
MERRILYN E. RATLIFF