**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **JAMIEN PALMER, *et al.*,** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **Civil No. 1:22-cv-0899-CDA** |
| **STATE OF MARYLAND, *et al.*,** | * | |
| **Defendants.** | * | |

* * *

**ORDER**

BEFORE THE COURT is Plaintiff's Motion for Class Certification. ECF 84. For the reasons to be stated in the forthcoming memorandum opinion, it is hereby

ORDERED that the Motion for Class Certification is **GRANTED** in part and **DENIED** in part. Details on the class definitions, class representation, and further scheduling will be set forth at the time of the memorandum opinion.

Date: March 31, 2026

/s/
Charles D. Austin
United States Magistrate Judge