**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **JAMIEN PALMER, *et al.*,** | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **Civil No. 1:22-cv-0899-CDA** |
| **STATE OF MARYLAND, *et al.*,** | * | |
| **Defendants.** | * | |

* * *

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that the Motion for Class Certification (ECF 84) is **GRANTED** in part and **DENIED** in part; it is further

ORDERED that the following class, hereby defined by the Court, is certified pursuant to Federal Rule of Civil Procedure 23(b)(3): Each person who, from 2019 to 2021, was detained at the Baltimore Central Booking and Intake Center and, following a release order from a court or commissioner, remained detained for more than 2.5 hours after the Record Staff Approval Time ("RS Time") following issuance of the release order; it is further

ORDERED that the following subclasses, hereby defined by the Court, are certified pursuant to Federal Rule of Civil Procedure 23(b)(3):

a. Subclass A: class members who were detained for more than 2.5 hours, but equal to or less than 3 hours, after the RS Time;

b. Subclass B: class members who were detained for more than 3 hours, but equal to or less than 3.5 hours, after the RS Time;

c. Subclass C: class members who were detained for more than 3.5 hours, but equal to or less than 4 hours, after the RS Time; and

d. Subclass D: class members who were detained over 4 hours after the RS Time.

It is further ORDERED that the following named plaintiffs represent the class: Jamien Palmer, Beatrice, Elmore, Deshawn Wilson, and Clayton Rogers; it is further

ORDERED that Cary J. Hansel and Kristen M. Mack shall serve as class counsel; and it is further

ORDERED that within 30 days of the date of this Order, the parties shall file an agreed-upon proposed order scheduling further proceedings, including class notification procedures if notice is sought at this time; in the event the parties are unable to reach agreement within 30 days, the parties shall file a short joint letter outlining their disagreements, and each party shall file a separate proposed order. The parties may also comment on the language of the class definitions set out in this Order.

Date: June 24, 2026

/s/
Charles D. Austin
United States Magistrate Judge